UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**Richard Grishaber**  CHAPTER 7
**Sharon Grishaber**  CASE NO.: 09-73692-wsd

　　　　　　　Debtor(s).
_____/

# APPEARANCE, REQUEST FOR NOTICES AND TO BE ADDED TO MATRIX

TO:  CLERK OF THE COURT
　　　BANKRUPTCY TRUSTEE
　　　ATTORNEY FOR DEBTOR

　　Please enter my appearance in the above captioned bankruptcy for Creditor, The Annie Grishaber Revocable Living Trust dated February 6, 2007.

　　I request that I receive all notices and papers required by law to be served upon creditors and/or interested parties and that the following name and address be added to the matrix:

　　　　　　Law Offices of Miller & Miller, P.C.
　　　　　　6803 Roosevelt Avenue
　　　　　　Allen Park, Michigan  48101-2530

　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　Law Offices of MILLER & MILLER, P.C.


　　　　　　　　　　　By:  /s/ *Gordon A. Miller*
　　　　　　　　　　　　　GORDON A. MILLER (P60944)
　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　6803 Roosevelt Avenue
　　　　　　　　　　　　　Allen Park, Michigan  48101
　　　　　　　　　　　　　(313) 386-1400
　　　　　　　　　　　　　gordon@miller-law.net

Dated:  November 13, 2009.